Carsten A. Peterson, ISB No. 6373
Jessica E. Pollack, ISB No. 8700
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5206
Email: cpeterson@hawleytroxell.com
jpollack@hawleytroxell.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNY FRANCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EASTER SEALS-GOODWILL NORTHERN ROCKY MOUNTAIN, INC.,<br><br>　　　　Defendant. | Case No. 1:17-CV-33<br><br>NOTICE OF REMOVAL |

TO:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Defendant Easter Seals-Goodwill Northern Rocky Mountain, Inc. ("Goodwill") respectfully alleges as follows:

　　　1.　　This Notice of Removal is filed pursuant to 28 U.S.C. §1446(a) and (b) for the purpose of removing this action from the District Court of the Third Judicial District of the State of Idaho, Canyon County, to this Court.

NOTICE OF REMOVAL - 1

2.       Plaintiff Jenny Franco filed her Complaint for Wrongful Discharge ("Complaint") on November 29, 2016. Goodwill was served with a copy of the Summons and Complaint on January 3, 2017. True and correct copies of the Summons and Complaint are attached hereto as **Exhibit A**. This action was brought in the District Court of the Third Judicial District of the State of Idaho for the County of Canyon and assigned case number CV-2016-11744. The District Court of the Third Judicial District of the State of Idaho for the County of Canyon is located within the jurisdiction of the United States District Court for the District of Idaho.

3.       Goodwill has not yet answered or otherwise responded to Plaintiff's Complaint and, in in accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Goodwill of a copy of the Summons and Complaint. Upon information and belief, no other pleadings or papers have been filed in this action with exception of the above-referenced Summons and Complaint, including related documents, and a Notice of Removal, a copy of which is attached hereto as **Exhibit B**. A copy of the state court register of actions is attached hereto as **Exhibit C**.

4.       Case No. CV-2016-11744 is a civil action in which Plaintiff seeks to recover against Goodwill for wrongful termination, retaliatory discharge, and intentional infliction of emotional distress. Plaintiff seeks damages for back pay, front pay, emotional distress, and attorney fees in the amount of $350,000.00. See Complaint at **Ex. A**, p. 3

5.       Removal of this action is proper, pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between Plaintiff and Goodwill and the amount in controversy exceeds $75,000.00. Upon information and belief, Plaintiff is a citizen of Canyon County, Idaho. Goodwill is a Montana corporation with its principal place of business in Montana. A true and

correct copy of the Certificate of Authority on file with the Idaho Secretary of State identifying Goodwill as a Montana corporation is attached hereto as **Exhibit D**.

6.  Pursuant to 28 U.S.C. § 1446, this state court action commenced in the District Court of the Third Judicial District of the State of Idaho for the County of Canyon may be removed to the United States District Court for the District of Idaho.

7.  Proper notice will be given this date to Plaintiff and to the Clerk of the District Court of the Third Judicial District of the State of Idaho for the County of Canyon. A true and correct copy of the notice is attached hereto as **Exhibit B** and, by this reference, incorporated herein as if set forth in full.

WHEREFORE, Goodwill prays that the above-entitled action pending against it in the District Court of the Third Judicial District of the State of Idaho for the County of Canyon, be removed to this Court.

DATED THIS 24th day of January, 2017.

        HAWLEY TROXELL ENNIS & HAWLEY LLP


        By    /s/ Jessica E. Pollack
           Jessica E. Pollack, ISB No. 8700
           Attorneys for Defendant

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 24th day of January, 2017, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

      AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| | |
|---|---|
| Jenny Franco<br>1385 N. Stephanie Lane #103<br>Nampa, ID 83651<br>*[Pro Se Plaintiff]* | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Telecopy |

                                              /s/ Jessica E. Pollack
                                            Jessica E. Pollack