UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNY FRANCO,<br><br>      Plaintiff,<br><br>vs.<br><br>EASTER SEALS GOODWILL NORTHERN ROCKY MOUNTAIN INC.,<br><br>      Defendant. | Case No. 1:17-cv-00033-EJL-CWD<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to Stipulation of the parties (Dkt. 17), it is HEREBY ORDERED that Plaintiff

Jenny Franco's Complaint is **DISMISSED WITH PREJUDICE** with each party to bear its own

attorney's fees, costs, and expenses.

DATED: March 7, 2018

_____
Honorable Edward J. Lodge
United States District Court

ORDER  - 1